**Order entered August 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00632-CR
No. 05-14-00633-CR

**EDWIN PINEDA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause Nos. 003-81224-09, 003-81225-09**

## ORDER

We **GRANT** Deputy Official Court Reporter Kristen Kopp's August 27, 2014 request for

an extension of time to file the reporter's record. The reporter's record shall be due on or before

**September 5, 2014**.


/s/    DAVID EVANS
       JUSTICE